UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

IN THE MATTER OF THE SEARCH OF: )
) No. 4:18 MJ 7302 (SPM)
5 electronic devices (subject devices – Exhibits )
1-5) described in Attachment A, for evidence )
described in Attachment B (List of )
information/items to be seized), currently being )
held as evidence located within the Eastern )
District of Missouri )

## GOVERNMENT'S MOTION FOR ORDER UNSEALING DOCUMENTS

COMES NOW the United States of America, by and through its attorneys, Jeffrey B. Jensen, United States Attorney for the Eastern District of Missouri, and John T Davis, Assistant United States Attorney for said District, and moves this Court for an order directing the Clerk of the District Court, without further notice to the Government, to unseal the search warrant(s) or other similar orders(s), issued pursuant to Fed.R.Crim.P. 41, along with its application, affidavit, return, and other related documents filed in this matter, following the passage of 14 days from the date of this Motion.

Dated this 25th day of September, 2018.

Respectfully submitted,

JEFFREY B. JENSEN
United States Attorney

*s/John T Davis*
JOHN T DAVIS, #40915MO
Assistant United States Attorney

**SO ORDERED**.

*[signature]*
SHIRLEY P. MENSAH
United States Magistrate Judge

Signed this 25th day of September, 2018.